AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| J.S. *Plaintiff(s)* <br> v. <br> Travel Lodge Old National, LLC, HIMA Enterprises, Inc., and SAS Hotels, LLC *Defendant(s)* | Civil Action No. 1:25-cv-1635 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAS Hotels, LLC
c/o Mohammed Awal
39 Stonebridge Pass
Newnan, Georgia 30265

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter A. Law
Law & Moran
563 Spring Street, NW
Atlanta, GA 30308
(404) 814-3700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: 3/28/2025

s/Beverly Creech

*Signature of Clerk or Deputy Clerk*