IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC; HIMA ENTERPRISES, INC.; and SAS HOTELS, LLC,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-CV-1635-SCJ |

## **O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 31st day of March, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE