IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE |
| | )   NO. 1:25-CV-01635 |
| TRAVEL LODGE OLD NATIONAL, | ) |
| LLC, HIMA ENTERPRISES, | ) |
| INC., and SAS HOTELS, LLC, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY**

This case comes before the Court on Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that J.S.'s privacy and safety interests outweigh the public's interest in knowing J.S.'s identity.

Therefore, Plaintiff's motion is GRANTED. The Court hereby ORDERS that all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiff as J.S., with no other additional identifying information.

SO ORDERED this 31st day of March, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE