**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.S., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-01635 |
| ) | |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
|     Defendants. ) | |

**DEFENDANT HIMA ENTERPRISES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- J.S.
- Travel Lodge Old National, LLC
- HIMA Enterprises, Inc. There are no parent corporations and no publicly held corporation owns 10% or more of the stock of HIMA. HIMA is a dissolved corporate entity.
- SAS Hotels, LLC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- HIMA Enterprises, Inc.
- Columbia National Insurance, carrier for HIMA Enterprises, Inc.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for HIMA Enterprises, Inc.

JOHNSON EVANS & HEADRICK, P.C.
Daniel C. Headrick     (GA Bar No. # 663930)
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
(865) 314-8422 (Phone)
(865) 246-7662 (Fax)
dheadrick@je.legal
.

Respectfully submitted, 22nd day of April 2025.

**JOHNSON EVANS & HEADRICK, P.C.**

*/s/ Daniel C. Headrick*
Daniel C. Headrick     (GA Bar No. # 663930)
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
(865) 314-8422 (Phone)
(865) 246-7662 (Fax)
dheadrick@je.legal
*Attorneys for Defendant Hima Enterprises, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF which automatically sends an electronic copy to all counsel of record as follows:

LAW & MORAN
Denise D. Hoying
denise@lawmoran.com
Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
563 Spring St., NW
Atlanta, GA 30308
404-814-3700

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
770-822-0900

Additionally, service by US Mail shall be made on the following registered agents for the Co-Defendants:

Richard F. Evins
420 Ridgecrest Road
Lagrange, Georgia 30240

Mohammed Awal
39 Stonebridge Pass
Newnan, Georgia 30265

*/s/Daniel C. Headrick*