# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.S., | ) |
| | ) |
|    Plaintiff, | ) CIVIL ACTION FILE NO. |
| v. | ) |
| | ) 1:25-CV-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC | ) ) ) ) |
| | ) |
|    Defendants. | ) ) |

## [PROPOSED]
## ORDER

Before the Court is the Parties' Consent/Unopposed Motion to Extend Responsive Pleading Deadline. Having considered the motion, and for good cause shown, the Motion to Extend Responsive Pleading Deadline is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' answer or responsive pleading **SHALL** be filed on or before May 21, 2025.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2025.

_____
Honorable Eleanor L. Ross
United States District Judge