THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., <br><br> Plaintiff, <br> v. <br><br> TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC <br><br> Defendants. | ) <br> ) <br> ) CIVIL ACTION FILE NO. <br> ) <br> ) 1:25-CV-01635-ELR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

[PROPOSED]
**ORDER**

Before the Court is the Parties' Consent/Unopposed Motion to Extend Responsive Pleading Deadline.  Having considered the motion, and for good cause shown, the Motion to Extend Responsive Pleading Deadline is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' answer or responsive pleading **SHALL** be filed on or before May 21, 2025.

**SO ORDERED** this 1st day of May, 2025.

*/s/ Eleanor L. Ross*
Honorable Eleanor L. Ross
United States District Judge