IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., | |
|       Plaintiff, | |
|   v. | CIVIL ACTION FILE NO. 1:25-CV-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, | |
|       Defendants. | |

## DEFENDANT SAS HOTELS, LLC'S MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

COMES NOW Defendant SAS HOTELS LLC and moves the Court to permit it to file an Answer out of time because the delay was a result of inadvertence, allowing the additional time will not prejudice Plaintiff, and SAS has a meritorious defense.

This the 28th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
THOMAS D. WHIDDON
Georgia Bar No. 330536
kate.whitlock@mgclaw.com
thomas.whiddon@mgclaw.com
Post Office Box 57365
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 28th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing *Defendant SAS Hotels, LLC's*

*Motion for Leave to File Answer Out of Time* was served upon all counsel of

record via the Court's electronic filing system which automatically sends a service

copy via electronic mail notification to all counsel of record addressed as follows:

LAW & MORAN
Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
Denise D. Hoying
denise@lawmoran.com

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com

PETER F. SCHOENTHALER, P.C.
Peter F. Schoenthaler, Esq.
pfs@schoenthalerlaw.com
Christopher Rosser, Esq.
crosser@schoenthalerlaw.com
Timothy M. Blenner, Esq.
tblenner@schoenthalerlaw.com

JOHNSON EVANS & HEADRICK, P.C.
Daniel C. Headrick
dheadrick@je.legal

This the 28th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

3