IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01635-ELR |

## **DEFENDANT SAS HOTELS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

In accord with Fed. R. Civ. P. 7.1 and Local Rule 3.3, Defendant SAS Hotels, LLC makes the following disclosures:

1. The undersigned counsel of record for the Defendant SAS certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, and that it has no parent corporation and no publicly held corporation owning 10% or more of its stock;

    a. Plaintiff (T.W.);

    b. Defendant Travel Lodge Old National, LLC;

    c. Defendant HIMA Enterprises, Inc.; and

    d. Defendant SAS Hotels, LLC.

2. The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a. The Travelers Indemnity Company of America.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For Plaintiff:</u>
Peter A. Law
E. Michael Moran
Denise D. Hoying
Law & Moran

Patrick J. McDonough
Jonathan S. Tongue
Anderson, Tate & Carr, P.C.

<u>For Defendant Travel Lodge Old National, LLC:</u>
Peter F. Schoenthaler
Christopher Rosser
Timothy M. Blenner
Peter F. Schoenthaler, P.C.

<u>For Defendant HIMA Enterprises, Inc.:</u>
Daniel C. Headrick
Johnson Evans & Headrick, P.C.

<u>For Defendant SAS Hotels, LLC:</u>
Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC

2

4. Federal jurisdiction in this case is not based on diversity of citizenship.

Respectfully submitted this 28th day of May, 2025.

          MCANGUS GOUDELOCK & COURIE, LLC

          */s/ Kathryn S. Whitlock*
          KATHRYN S. WHITLOCK
          Georgia Bar No. 756233
          kate.whitlock@mgclaw.com
          THOMAS D. WHIDDON
          Georgia Bar No. 330536
          thomas.whiddon@mgclaw.com
          Post Office Box 57365
          270 Peachtree Street, NW, Suite 1800 (30303)
          Atlanta, Georgia 30343
          (678) 500-7307
          *Attorneys for Defendant SAS Hotels, LLC*

**CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 28th day of May, 2025.

                MCANGUS GOUDELOCK & COURIE, LLC

                */s/ Kathryn S. Whitlock*
                KATHRYN S. WHITLOCK
                Georgia Bar No. 756233
                kate.whitlock@mgclaw.com
                THOMAS D. WHIDDON
                Georgia Bar No. 330536
                thomas.whiddon@mgclaw.com
                Post Office Box 57365
                270 Peachtree Street, NW, Suite 1800 (30303)
                Atlanta, Georgia 30343
                (678) 500-7307
                *Attorney*s *for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Certificate of Interested Persons and Corporate Disclosure Statement*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN<br>Peter A. Law<br>pete@lawmoran.com<br>E. Michael Moran<br>mike@lawmoran.com<br>Denise D. Hoying<br>denise@lawmoran.com | ANDERSEN, TATE & CARR, P.C.<br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com |
| PETER F. SCHOENTHALER, P.C.<br>Peter F. Schoenthaler, Esq.<br>pfs@schoenthalerlaw.com<br>Christopher Rosser, Esq.<br>crosser@schoenthalerlaw.com<br>Timothy M. Blenner, Esq.<br>tblenner@schoenthalerlaw.com | JOHNSON EVANS & HEADRICK, P.C.<br>Daniel C. Headrick<br>dheadrick@je.legal |

This the 28th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*