IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.S., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | 1:25-CV-01635-ELR |
| | * | |
| TRAVEL LODGE OLD NATIONAL, | * | |
| LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties [Doc. 26], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are, to the extent they comport with the Federal Rules of Civil Procedure and the Local Rules of this Court, are as stated in the JPRDP, except as modified herein. Discovery commenced on May 22, 2025, and will conclude on January 5, 2026.[1] See LR 26.2(A), NDGa.; Defendant HIMA Enterprises, Inc.'s Answer [Doc. 13].

---

[1] Contrary to what the Parties represent in the JPRDP, a stipulation does not dictate the commencement of discovery. Rather, "[t]he period *shall commence* thirty days after the appearance of the first defendant by answer to the complaint[.]" See LR 26.2(A), NDGa. (emphasis added). Thus, if this case were assigned to a six-month discovery period, the close of discovery would be November 24, 2025. However, in its discretion, the Court schedules the discovery period

Any motions for summary judgment or the proposed consolidated pretrial order must be filed within 30 days of the close of discovery. If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days of the entry of this Court's ruling on the motion. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Court **DIRECTS** the Clerk to submit this matter for the Court for consideration.

**SO ORDERED**, this 9th day of July, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

to close on January 5, 2026, as agreed upon by the Parties. Finally, the Court notes that a pending Motion to Dismiss does not automatically stay the discovery period when an Answer has been filed.