# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **J.S.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TRAVEL LODGE OLD NATIONAL, LLC; HIMA ENTERPRISES, INC.; and SAS HOTELS, LLC,**<br><br>**Defendants.** | **Civil Action No. 1:25-CV-01635-ELR** |

## ENTRY OF APPEARANCE

COMES NOW SARAH J. UNATIN of the law firm Weinberg Wheeler Hudgins Gunn & Dial, LLC, and hereby notifies this Court and counsel of record for the parties in this matter of her Entry of Appearance as counsel of record on behalf of Defendant Travel Lodge Old National, LLC. Counsel requests that notice of all court appearances, motions, pleadings, and other filings be served on the undersigned at the following address:

Sarah J. Unatin
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
T: (404) 876-2700 / F: (404) 875-9433
sunatin@wwhgd.com

Respectfully submitted this 17th day of July, 2025.

|  |  |
|---|---|
|  | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br><br>*/s/ Sarah J. Unatin*<br>Sarah J. Unatin<br>GA Bar No. 953061<br>*Counsel for Defendant Travel Lodge Old National, LLC* |
| 3344 Peachtree Rd, N.E., Ste 2400<br>Atlanta, GA 30326<br>(404) 876-2700 / Fax: (404) 875-9433<br>sunatin@wwhgd.com |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAL ROSEBERRY, W.K., and J.T.,**<br><br>**Plaintiffs,**<br>v.<br>**STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,**<br><br>**Defendants.** | **Civil Action No. 1:25-CV-01062-LMM** |

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed and served the foregoing ***Entry of Appearance*** in the above-captioned matter via PACER electronic filing, which will serve a copy of said filing upon all counsel of record, addressed as follows:

*Counsel for Plaintiffs*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

jwebster@atclawfirm.com Peter A. Law
E. Michael Moran
Denise D. Hoying
LAW & MORAN
563 Spring St., S.W.
Atlanta, GA 30308
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com

*Counsel for HIMA Enterprises*

Daniel C. Headrick
JOHNSON EVANS & HEADRICK, P.C.
900 South Gay St., Ste. 1810
Knoxville, TN 37201
dheadrick@je.legal

*Counsel for SAS Hotels*

Kathryn S. Whitlock
Thomas Whiddon
MCANGUS, GOUDELOCK & COURIE, LLC

                                            270 Peachtree St. NW, Ste 1800
                                            Atlanta, GA 30303
                                            kate.whitlock@mgclaw.com
                                            Thomas.Whiddon@mgclaw.com

This 17th day of July, 2025.

                                            */s/ Sarah J. Unatin*
                                            Sarah J. Unatin