IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.,<br><br>   Plaintiff,<br><br>   v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>   Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01635-ELR |

### DEFENDANT SAS HOTELS, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY[1]

Defendant SAS Hotels, LLC does *not* object to Plaintiff proceeding under a pseudonym in this case. It agrees that "all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiff as J.S., with no other additional identifying information." (Dkt. #9).

---

[1] Plaintiff filed her *Motion for Protective Order and Leave to Proceed Anonymously and Brief in Support Thereof* on March 27, 2025, before Defendant SAS was served. (Dkt. #2, #2-1, #10). In fact, no Defendant was served before Plaintiff filed her Motion. (Dkt. #11, #12). The Court granted Plaintiff's Motion on April 14, 2025—just days after Defendant SAS was served—with no condition that Defendant SAS or any Defendant could enjoy the full responsive time or otherwise oppose the same thereafter. (Dkt. #9). Having not been able to timely oppose Plaintiff's Motion prior to the entry of the Court's Order granting the same, this Brief in Opposition is therefore proper for consideration by this Court.

Defendant SAS does, however, object to a discovery procedure which would limit Defendant SAS's ability to conduct full discovery. It is essential for the proper functioning of the judicial system that a lawyer work "free from unnecessary intrusion by opposing parties and their counsel." *Hickman v. Taylor*, 329 U.S. 495, 510-511 (1947). This includes the need for a lawyer to "prepare his legal theories and plan his strategy without undue and needless interference." *Hickman*, 329 U.S. at 510-511. So long as Plaintiff's proposal does not impede this "historical and the necessary way in which lawyers act within the framework of our system of jurisprudence to promote justice and to protect their clients' interests", Defendant SAS does not object to it. *Hickman*, 329 U.S. at 510-511. But a court should not enter a protective order without good cause and without ensuring that it will that not prejudicing the opposing party's ability to litigate the case. Rule 26(c); *In re Terra Intern., Inc.*, 134 F.3d 302, 306 (5th Cir. 1998); *Doe (M.H.) v. G6 Hosp. LLC,* No. 4:22-CV-198-SDJ, 2022 WL 2532489, at *2 (E.D. Tex. July 7, 2022).

Plaintiff has not set out the particulars of the protective order she seeks or the specifics of any other discovery limitations she seeks in the case. Consequently, Defendant SAS is not in a position to consent to those issues at this time. Defendant SAS agrees to work with Plaintiff and all Defendants to try to develop a mutually acceptable protective order.

Respectfully submitted this 24th day of July, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        */s/ Kathryn S. Whitlock*
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorneys for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to *Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously* in Case No. 1:25-CV-01635-ELR, United States District Court for the Northern District of Georgia, Atlanta Division

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant SAS Hotels, LLC hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 24th day of July, 2025.

                        MCANGUS GOUDELOCK & COURIE, LLC

                        */s/ Kathryn S. Whitlock*
                        KATHRYN S. WHITLOCK
                        Georgia Bar No. 756233
                        kate.whitlock@mgclaw.com
                        THOMAS D. WHIDDON
                        Georgia Bar No. 330536
                        thomas.whiddon@mgclaw.com
                        Post Office Box 57365
                        270 Peachtree Street, NW, Suite 1800 (30303)
                        Atlanta, Georgia 30343
                        (678) 500-7307
                        *Attorney*s *for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN<br>Peter A. Law<br>pete@lawmoran.com<br>E. Michael Moran<br>mike@lawmoran.com<br>Denise D. Hoying<br>denise@lawmoran.com | ANDERSEN, TATE & CARR, P.C.<br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>Jennifer M. Webster<br>jwebster@atclawfirm.com |
| PETER F. SCHOENTHALER, P.C.<br>Peter F. Schoenthaler<br>pfs@schoenthalerlaw.com<br>Christopher Rosser<br>crosser@schoenthalerlaw.com<br>Timothy Blenner<br>tblenner@schoenthalerlaw.com<br>Neill K. Wright<br>nwriglit@schoenthalerlaw.com | WEINBERG WHEELER<br>HUDGINS GUNN & DIAL, LLC<br>Patrick B. Moore<br>pmoore@wwhgd.com<br>Sarah J. Unatin<br>sunatin@wwhgd.com |
| JOHNSON EVANS &<br>HEADRICK, P.C.<br>Daniel C. Headrick<br>dheadrick@je.legal | |

This the 24th day of July, 2025.

*SIGNATURE ON FOLLOWING PAGE.*

5

                                      MCANGUS GOUDELOCK & COURIE, LLC

                                      */s/ Kathryn S. Whitlock*
                                      KATHRYN S. WHITLOCK
                                      Georgia Bar No. 756233
                                      kate.whitlock@mgclaw.com
                                      THOMAS D. WHIDDON
                                      Georgia Bar No. 330536
                                      thomas.whiddon@mgclaw.com
                                      Post Office Box 57365
                                      270 Peachtree Street, NW, Suite 1800 (30303)
                                      Atlanta, Georgia 30343
                                      (678) 500-7307
                                      *Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to *Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously* in Case No. 1:25-CV-01635-ELR, United States District Court for the Northern District of Georgia, Atlanta Division