IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01635-ELR |

**DEFENDANT SAS HOTELS, LLC'S BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION TO STRIKE OUT OF TIME**

**COMES NOW Defendant SAS Hotels, LLC** and submits this Brief in Support of its Motion for Leave to file a Motion to Strike Out of Time, showing the Court as follows:

Under Fed. R. Civ. P. 12(f)(2), Motions to Strike must be filed before the due date for a response to the pleading sought to be stricken. In this case, with respect to the Complaint, that would have been May 28, 2025. On the other hand, under LR 7.1(A)(2), NDGa, all Motions must be filed within 30 days of the beginning of discovery. Discovery began on May 22, 2025. (Dkt. #29 at 1, note 1). That deadline for filing would have been June 23, 2025. (Dkt. #26 at 7, ¶7).

Under Fed. R. Civ. P. 6(b)(1)(B), if a deadline to file a motion has passed, the Court may extend the deadline for good cause following a motion where the

tardiness was a result of "excusable neglect". In considering a request for an extension, a court should consider all pertinent circumstances, including "the danger of prejudice to the nonmovant, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Payne v. C.R. Bard, Inc.*, 606 F. App'x 940, 944 (11th Cir. 2015); *Sims v. Experian Info. Solutions*, 2020 U.S. Dist. LEXIS 189678 (N.D. Ga. Aug. 11, 2020).

In this case, the Parties attempted to stipulate that discovery would begin on July 3, 2025, which would have rendered this Motion timely and within the 30 day deadline of August 4, 2025 pursuant to Local Rule 7.1(A)(2), NDGa. (Dkt. #26 at 8, ¶10). The Court subsequently entered its Scheduling Order, ruling that discovery began on May 22, 2025, setting a deadline for a Motion to Strike of June 23, 2025 pursuant to Local Rule 7.1(A)(2), NDGa. (Dkt. #29 at 1, note 1). By that time, the date had already passed.

If the Court finds that the deadline was either May 28 of June 23, Defendant SAS prays that the Court extend the time through and including today, July 24, 2025. Defendant SAS shows that there has been no substantive work in the case that would have been different if the Motion to Strike had been filed earlier. The Parties filed a Joint Preliminary Report and Discovery Plan on July 3, 2025, after

which the Court entered a Scheduling Order. (Dkt. #26, #29). The Parties each served Initial Disclosures on July 3, 2025. (Dkt. #24, #25, #27, #28). The Parties have begun to serve their respective first round of written discovery. (Dkt. #24). None of that would change if a Motion to Strike were filed.

On the other hand, justice would be better served if the Court at least considered Defendant SAS's Motion to Strike. It is based on the Federal Rules and limitations imposed on pleadings in those rules.

Because Plaintiff nor any Defendant would not be prejudiced at this early juncture by the filing of the Motion, but Defendant SAS would be prejudiced if improper allegations remained in the case, Defendant SAS submits that leave to grant the Motion to Strike out of time should be granted. Therefore, to the extent the Court deems it necessary, Defendant SAS Hotels, LLC respectfully asks that it be permitted to file its Motion to Strike and Brief in Support thereof pursuant to Fed. R. Civ. P. 12(f)(2).

*SIGNATURE ON FOLLOWING PAGE.*

Respectfully submitted this 24th day of July, 2025.

                          MCANGUS GOUDELOCK & COURIE, LLC

                          */s/ Kathryn S. Whitlock*
                          KATHRYN S. WHITLOCK
                          Georgia Bar No. 756233
                          kate.whitlock@mgclaw.com
                          THOMAS D. WHIDDON
                          Georgia Bar No. 330536
                          thomas.whiddon@mgclaw.com
                          Post Office Box 57365
                          270 Peachtree Street, NW, Suite 1800 (30303)
                          Atlanta, Georgia 30343
                          (678) 500-7307
                          *Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to *Defendant SAS Hotels, LLC's Brief in Support of Motion for Leave to File Motion to Strike Out of Time* in Case No. 1:25-CV-01635-ELR, United States District Court for the Northern District of Georgia, Atlanta Division

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant SAS Hotels, LLC hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 24th day of July, 2025.

                        MCANGUS GOUDELOCK & COURIE, LLC

                        */s/ Kathryn S. Whitlock*
                        KATHRYN S. WHITLOCK
                        Georgia Bar No. 756233
                        kate.whitlock@mgclaw.com
                        THOMAS D. WHIDDON
                        Georgia Bar No. 330536
                        thomas.whiddon@mgclaw.com
                        Post Office Box 57365
                        270 Peachtree Street, NW, Suite 1800 (30303)
                        Atlanta, Georgia 30343
                        (678) 500-7307
                        *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Brief in Support of Motion for Leave to File Motion to Strike Out of Time*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN<br>Peter A. Law<br>pete@lawmoran.com<br>E. Michael Moran<br>mike@lawmoran.com<br>Denise D. Hoying<br>denise@lawmoran.com | ANDERSEN, TATE & CARR, P.C.<br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>Jennifer M. Webster<br>jwebster@atclawfirm.com |
| PETER F. SCHOENTHALER, P.C.<br>Peter F. Schoenthaler<br>pfs@schoenthalerlaw.com<br>Christopher Rosser<br>crosser@schoenthalerlaw.com<br>Timothy Blenner<br>tblenner@schoenthalerlaw.com<br>Neill K. Wright<br>nwriglit@schoenthalerlaw.com | WEINBERG WHEELER<br>HUDGINS GUNN & DIAL, LLC<br>Patrick B. Moore<br>pmoore@wwhgd.com<br>Sarah J. Unatin<br>sunatin@wwhgd.com |
| JOHNSON EVANS &<br>HEADRICK, P.C.<br>Daniel C. Headrick<br>dheadrick@je.legal | |

This the 24th day of July, 2025.

*SIGNATURE ON FOLLOWING PAGE.*

6

          MCANGUS GOUDELOCK & COURIE, LLC

          */s/ Kathryn S. Whitlock*
          KATHRYN S. WHITLOCK
          Georgia Bar No. 756233
          kate.whitlock@mgclaw.com
          THOMAS D. WHIDDON
          Georgia Bar No. 330536
          thomas.whiddon@mgclaw.com
          Post Office Box 57365
          270 Peachtree Street, NW, Suite 1800 (30303)
          Atlanta, Georgia 30343
          (678) 500-7307
          *Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to *Defendant SAS Hotels, LLC's Brief in Support of Motion for Leave to File Motion to Strike Out of Time* in Case No. 1:25-CV-01635-ELR, United States District Court for the Northern District of Georgia, Atlanta Division