IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., <br><br> Plaintiff, <br><br> v. <br><br> TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:25-CV-01635-ELR |

### **DEFENDANT SAS HOTELS, LLC'S MOTION TO STRIKE**

**COMES NOW Defendant SAS Hotels, LLC** and moves to strike portions of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(f)(2).

Certain statements in Plaintiff's Complaint are redundant, immaterial, impertinent, or scandalous matter. (*See*, Dkt. #1, ¶¶15, 17, 25, 26, 32, 33, 34, 36, 57). Therefore, they can and should be stricken by the Court. They serve no purpose other than to inflame, provoke anger, and incite an adverse emotional response in the reader. For these reasons, the allegations in paragraphs 15, 17, 25, 26, 32, 33, 34, 36, and 57 of Plaintiff's Complaint should not be in the pleadings and should be stricken.

*SIGNATURE ON FOLLOWING PAGE.*

Respectfully submitted this 24th day of July, 2025.

                        MCANGUS GOUDELOCK & COURIE, LLC

                        */s/ Kathryn S. Whitlock*
                        KATHRYN S. WHITLOCK
                        Georgia Bar No. 756233
                        kate.whitlock@mgclaw.com
                        THOMAS D. WHIDDON
                        Georgia Bar No. 330536
                        thomas.whiddon@mgclaw.com
                        Post Office Box 57365
                        270 Peachtree Street, NW, Suite 1800 (30303)
                        Atlanta, Georgia 30343
                        (678) 500-7307
                        *Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to *Defendant SAS Hotels, LLC's Motion to Strike* in Case No. 1:25-CV-01635-ELR, United States District Court for the Northern District of Georgia, Atlanta Division

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant SAS Hotels, LLC hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 24th day of July, 2025.

                        MCANGUS GOUDELOCK & COURIE, LLC

                        */s/ Kathryn S. Whitlock*
                        KATHRYN S. WHITLOCK
                        Georgia Bar No. 756233
                        kate.whitlock@mgclaw.com
                        THOMAS D. WHIDDON
                        Georgia Bar No. 330536
                        thomas.whiddon@mgclaw.com
                        Post Office Box 57365
                        270 Peachtree Street, NW, Suite 1800 (30303)
                        Atlanta, Georgia 30343
                        (678) 500-7307
                        *Attorney*s *for Defendant SAS Hotels, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendant SAS Hotels, LLC's Motion to Strike* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

LAW & MORAN
Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
Denise D. Hoying
denise@lawmoran.com

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com

PETER F. SCHOENTHALER, P.C.
Peter F. Schoenthaler
pfs@schoenthalerlaw.com
Christopher Rosser
crosser@schoenthalerlaw.com
Timothy Blenner
tblenner@schoenthalerlaw.com
Neill K. Wright
nwriglit@schoenthalerlaw.com

WEINBERG WHEELER
HUDGINS GUNN & DIAL, LLC
Patrick B. Moore
pmoore@wwhgd.com
Sarah J. Unatin
sunatin@wwhgd.com

JOHNSON EVANS &
HEADRICK, P.C.
Daniel C. Headrick
dheadrick@je.legal

This the 24th day of July, 2025.

*SIGNATURE ON FOLLOWING PAGE.*

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to *Defendant SAS Hotels, LLC's Motion to Strike* in Case No. 1:25-CV-01635-ELR, United States District Court for the Northern District of Georgia, Atlanta Division