IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRAVEL LODGE OLD<br>NATIONAL, LLC, HIMA<br>ENTERPRISES, INC., and SAS<br>HOTELS, LLC,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01635-ELR |

## MOTION TO STRIKE DEFENDANT SAS HOTELS, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY

Defendant SAS Hotels, LLC stipulate that SAS Hotels, LLC withdraws its opposition to *Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously* filed on July 24, 2025 and the Court's Order entered on that Motion on March 1, 2025. It is respectfully requested that the Court strike that brief from the record.

Respectfully submitted this 8st day of August, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*

Kathryn S. Whitlock
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

Counsel for Defendant SAS Hotels, LLC hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This 1st day of August, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing ***Motion to Strike Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

LAW & MORAN
Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
Denise D. Hoying
denise@lawmoran.com

PETER F. SCHOENTHALER, P.C.
Peter F. Schoenthaler
pfs@schoenthalerlaw.com
Christopher Rosser
crosser@schoenthalerlaw.com
Timothy Blenner
tblenner@schoenthalerlaw.com
Neill K. Wright
nwriglit@schoenthalerlaw.com

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com

WEINBERG WHEELER
HUDGINS GUNN & DIAL, LLC
Patrick B. Moore
pmoore@wwhgd.com
Sarah J. Unatin
sunatin@wwhgd.com

JOHNSON EVANS &
HEADRICK, P.C.
Daniel C. Headrick
dheadrick@je.legal

*SIGNATURE ON FOLLOWING PAGE.*

3

This the 8th day of August, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to ***Stipulation for Withdrawal of Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously*** in Case No. 1:25-CV-01635-ELR, United States District Court for the Northern District of Georgia, Atlanta Division.