IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.S.,

      Plaintiff,

    v.

TRAVEL LODGE OLD
NATIONAL, LLC, HIMA
ENTERPRISES, INC., and SAS
HOTELS, LLC,

      Defendants.

CIVIL ACTION FILE NO.
1:25-CV-01635-ELR

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SAS HOTELS, LLC TO RESPOND TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS

COME NOW Plaintiff and Defendant SAS Hotels, LLC and, pursuant to

Fed. R. Civ. P. 29(b), stipulate that the time within which Defendant SAS has to

object, answer, or otherwise respond to (1) Plaintiff's First Interrogatories to

Defendants; (2) Plaintiff's First Request for Production of Documents and Notice

to Produce Documents to Defendants; and (3) Plaintiff's First Requests for

Admissions to Defendants is extended up through and including August 22, 2025.

Respectfully submitted this 8th day of August, 2025.

*SIGNATURES ON FOLLOWING PAGE*

| LAW & MORAN | MCANGUS GOUDELOCK & COURIE, LLC |
|---|---|
| */s/Denise D. Hoying\** | */s/ Kathryn S. Whitlock* |
| Peter A. Law | Kathryn S. Whitlock |
| Georgia Bar No. 439655 | Georgia Bar No. 756233 |
| E. Michael Moran | kate.whitlock@mgclaw.com |
| Georgia Bar No. 521602 | Thomas D. Whiddon |
| Denise D. Hoying | Georgia Bar No. 330536 |
| Georgia Bar No. 236494 | thomas.whiddon@mgclaw.com |
| 563 Spring Street, NW | Post Office Box 57365 |
| Atlanta, Georgia 30308 | 270 Peachtree Street, NW, Suite 1800 |
| Phone: (404) 814-3700 | (30303) |
| Fax: (404) 842-7710 | Atlanta, Georgia 30343 |
| Pete@lawmoran.com | (678) 500-7307 |
| Mike@lawmoran.com | *Attorneys for Defendant SAS Hotels, LLC* |
| Denise@lawmoran.com | |
| *\*Signed by KSW with Express Permission* | |

In accord with Fed. R. Civ. P. 11, Plaintiff and Defendant SAS Hotels, LLC state that this signature block is attached to *Joint Stipulation for Extension of Defendant SAS Hotels, LLC's Responses to Plaintiff's First Discovery Requests to Defendants* in Case No. 1:25-CV-01635-ELR, United States District Court for the Northern District of Georgia, Atlanta Division.

2

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant SAS Hotels, LLC hereby certifies that the foregoing

has been prepared with one of the font and point selections approved by the Court

in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 8th day of August, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulation for Extension of Time for Defendant SAS Hotels, LLC to Respond to Plaintiff's First Discovery Requests to Defendants* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

LAW & MORAN
Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
Denise D. Hoying
denise@lawmoran.com

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com

PETER F. SCHOENTHALER, P.C.
Peter F. Schoenthaler
pfs@schoenthalerlaw.com
Christopher Rosser
crosser@schoenthalerlaw.com
Timothy Blenner
tblenner@schoenthalerlaw.com
Neill K. Wright
nwright@schoenthalerlaw.com

WEINBERG WHEELER
HUDGINS GUNN & DIAL, LLC
Patrick B. Moore
pmoore@wwhgd.com
Sarah J. Unatin
sunatin@.wwhgd.com

JOHNSON EVANS &
HEADRICK, P.C.
Daniel C. Headrick
dheadrick@je.legal

This the 8th day of August, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

/s/ Kathryn S. Whitlock
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

4