IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.<br><br>**Plaintiff,**<br><br>v.<br><br>**TRAVEL LODGE OLD NATIONAL, LLC; HIMA ENTERPRISES, INC.; and SAS HOTELS, LLC,**<br><br>**Defendants.** | Civil Action No. 1:25-CV-01635-ELR |

## CERTIFICATE OF SERVICE OF DISCOVERY

THIS IS TO CERTIFY that on August 22, 2025, undersigned counsel for Defendant Travel Lodge Old National, LLC, served the following upon Plaintiff, addressed as follows on the Certificate of Service:

- Defendant Travel Lodge Old National, LLC's, Responses and Objections to Plaintiffs' First Interrogatories;

- Defendant Travel Lodge Old National, LLC's, Responses and Objections to Plaintiffs' First Request for Production of Documents;

- Defendant Travel Lodge Old National, LLC's, Responses and Objections to Plaintiffs' First Request for Admissions; and

- Certificate of Service of Discovery.

This 22nd day of August, 2025.

3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
Telephone:  404.876.2700
Facsimile:  404.875.9433
pmoore@wwhgd.com
sunatin@wwhgd.com

WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC

/s/ *Patrick Moore*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061

*Counsel for Defendant Travel Lodge Old National, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D

Pursuant to Local Rules 5.1 and 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: August 22, 2025

*/s/ Sarah J. Unatin*
Sarah J. Unatin

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the foregoing pleading via the Court's electronic filing system, which will automatically send notification to all counsel of record, as follows:

*Counsel for Plaintiffs*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

Peter A. Law
E. Michael Moran
Denise D. Hoying
LAW & MORAN
563 Spring St., S.W.
Atlanta, GA 30308
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com

*Counsel for HIMA Enterprises*

Daniel C. Headrick
JOHNSON EVANS & HEADRICK, P.C.
2690 Cobb Parkway SE, Ste. A5-342
Smyrna, GA 30080
dheadrick@je.legal

*Counsel for SAS Hotels*

Kathryn S. Whitlock
Thomas Whiddon
MCANGUS, GOUDELOCK, COURIE, LLC
270 Peachtree St. NW, Ste 1800
Atlanta, GA 30303

kate.whitlock@mgclaw.com
thomas.whiddon@mgclaw.com

This 22nd day of August, 2025.

|  |  |
|---|---|
| | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC |
| 3344 Peachtree Road, N.E.<br>Suite 2400<br>Atlanta, Georgia 30326<br>Telephone: 404.876.2700<br>Facsimile: 404.875.9433<br>pmoore@wwhgd.com<br>sunatin@wwhgd.com | /s/ *Patrick Moore*<br>Patrick B. Moore<br>GA Bar No. 520390<br>Sarah J. Unatin<br>GA Bar No. 953061<br><br>*Counsel for Defendant Travel Lodge Old National, LLC* |

5