IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

Defendant HIMA Enterprises, Inc. ("HIMA"), certifies that on August 26, 2025 HIMA served the following on all counsel of record via e-mail as shown in the attached certificate of service:

1. *Defendant HIMA Enterprises, Inc.'s First Interrogatories to Plaintiff*;

2. *Defendant HIMA Enterprises, Inc.'s Requests for Production to Plaintiff*;

3. *Defendant HIMA Enterprises, Inc.'s First Requests for Admissions to Plaintiff.*

Respectfully submitted, 26th day of August 2025.

**JOHNSON EVANS & HEADRICK, P.C.**

*/s/ Daniel C. Headrick*
Daniel C. Headrick  (GA Bar No. # 663930)
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

(865) 314-8422 (Phone)
(865) 246-7662 (Fax)
dheadrick@je.legal
*Attorney for Defendant Hima Enterprises, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
|    Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system upon counsel of record as follows:

LAW & MORAN
Denise D. Hoying
E. Michael Moran
Peter A. Law
denise@lawmoran.com
pete@lawmoran.com
mike@lawmoran.com
563 Spring St., NW
Atlanta, GA 30308
404-814-3700
*Attorneys for Plaintiff*

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303
Kate.whitlock@mgclaw.com
Thomas.Whiddon@mgclaw.com

3

*Attorneys for SAS Hotels, LLC*

PETER F. SCHOENTHALER, P.C.
Peter F. Schoenthaler
Timothy Blenner
Christoper Rooser
Neill K. Wright
pfs@shcoenthalerlaw.com
tblenner@schoenthaler.com
crosser@schoenthalerlaw.com
nwright@schoentalherlaw.com

Patrick B. Moore
Sarah J. Unatin
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
T: (404) 876-2700 / F: (404) 875-9433
pmoore@wwhgd.com
sunatin@wwhgd.com
*Attorneys for Travel Lodge Old National, LLC*

This 26th day of August, 2025.

/s/*Daniel C. Headrick*

4