IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., <br><br> Plaintiff, <br><br> v. <br><br> TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:25-CV-01635-ELR |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Fed. R. Civ. P. 5(d)(1)(B)(ii) and L.R. 5.4(A) and 26.3, NDGa, this is to certify that I have this date served a true and correct copy of the following:

1. *Defendant SAS Hotels, LLC's First Interrogatories to Plaintiff*; *and*

2. *Defendant SAS Hotels, LLCs First Requests for Production of Documents to Plaintiff*

upon all counsel of record to this matter via electronic mail notification addressed as follows:

| | |
|---|---|
| LAW & MORAN <br> Peter A. Law <br> pete@lawmoran.com <br> E. Michael Moran <br> mike@lawmoran.com <br> Denise D. Hoying | ANDERSEN, TATE & CARR, P.C. <br> Patrick J. McDonough <br> pmcdonough@atclawfirm.com <br> Jonathan S. Tonge <br> jtonge@atclawfirm.com <br> Jennifer M. Webster |

| | |
|---|---|
| denise@lawmoran.com | jwebster@atclawfirm.com |
| PETER F. SCHOENTHALER, P.C.<br>Peter F. Schoenthaler<br>pfs@schoenthalerlaw.com<br>Christopher Rosser<br>crosser@schoenthalerlaw.com<br>Timothy Blenner<br>tblenner@schoenthalerlaw.com<br>Neill K. Wright<br>nwright@schoenthalerlaw.com | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>Patrick B. Moore<br>pmoore@wwhgd.com<br>Sarah J. Unatin<br>sunatin@.wwhgd.com<br><br>JOHNSON EVANS & HEADRICK, P.C.<br>Daniel C. Headrick<br>dheadrick@je.legal |

This the 3rd day of December, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        */s/ Kathryn S. Whitlock*
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This the 3rd day of December, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        */s/ Kathryn S. Whitlock*
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorney*s *for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Certificate of Service of Discovery* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN<br>Peter A. Law<br>pete@lawmoran.com<br>E. Michael Moran<br>mike@lawmoran.com<br>Denise D. Hoying<br>denise@lawmoran.com | ANDERSEN, TATE & CARR, P.C.<br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>Jennifer M. Webster<br>jwebster@atclawfirm.com |
| PETER F. SCHOENTHALER, P.C.<br>Peter F. Schoenthaler<br>pfs@schoenthalerlaw.com<br>Christopher Rosser<br>crosser@schoenthalerlaw.com<br>Timothy Blenner<br>tblenner@schoenthalerlaw.com<br>Neill K. Wright<br>nwright@schoenthalerlaw.com | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>Patrick B. Moore<br>pmoore@wwhgd.com<br>Sarah J. Unatin<br>sunatin@.wwhgd.com<br><br>JOHNSON EVANS & HEADRICK, P.C.<br>Daniel C. Headrick<br>dheadrick@je.legal |

This the 3rd day of December, 2025.

*SIGNATURE ON FOLLOWING PAGE.*

                      MCANGUS GOUDELOCK & COURIE, LLC

                      */s/ Kathryn S. Whitlock*
                      KATHRYN S. WHITLOCK
                      Georgia Bar No. 756233
                      kate.whitlock@mgclaw.com
                      THOMAS D. WHIDDON
                      Georgia Bar No. 330536
                      thomas.whiddon@mgclaw.com
                      Post Office Box 57365
                      270 Peachtree Street, NW, Suite 1800 (30303)
                      Atlanta, Georgia 30343
                      (678) 500-7307
                      *Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to its *Certificate of Service of Discovery* in Case No. 1:25-CV-01635-ELR, U.S. D.C. for the NDGa, Atlanta Division.