# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.S., <br><br> Plaintiff, <br><br> v. <br><br> TRAVEL LODGE OLD NATIONAL, LLC; HIMA ENTERPRISES, INC., and SAS HOTELS, INC., <br><br> Defendants. | Civil Action No.: <br><br> 1:25-CV-01635-ELR |

## SUGGESTION OF BANKRUPTCY

COMES NOW Defendant Travel Lodge Old National, LLC ("Defendant"), by and through undersigned counsel, and notifies the Court and the parties as follows:

1. On December 2, 2025, Travel Lodge Old National, LLC filed a Petition for Bankruptcy, seeking relief under Title 11, Chapter 7 of the United States Code, in case number 25-21740 in the United States Bankruptcy Court for the Northern District of Georgia.

2. Pursuant to 11 U.S.C. § 362, this action is automatically stayed as to Defendant during the pendency of the aforementioned Bankruptcy action.

Respectfully submitted this 4th day of December, 2025.

                                        **PETER F. SCHOENTHALER, P.C.**

                                        */s/ Peter Schoenthaler*
                                        Peter F. Schoenthaler, Esq.
                                        Georgia Bar No. 629789
                                        Timothy Blenner, Esq.
                                        Georgia Bar No. 653606
                                        Christopher Rosser, Esq.
                                        Georgia Bar No. 761317
                                        6400 Powers Ferry Road, NW
                                        Suite 230
                                        Atlanta, Georgia 30339
                                        Tel: (404) 229-4114
                                        pfs@schoenthalerlaw.com
                                        tblenner@schoenthalerlaw.com
                                        crosser@schoenthalerlaw.com
                                        *Attorneys for Defendant Travel Lodge Old National, LLC*

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Pursuant to Rule 7.1(D) of the Local Civil Rules, N.D. Ga., the undersigned certifies that this pleading complies with L.R. 5.1C, N.D. Ga. and is prepared in Times New Roman, 14-point font and such other requirements as are set forth in L.R. 5.1C, N.D. Ga.

Respectfully submitted this 4th day of December, 2025.

**PETER F. SCHOENTHALER, P.C.**

 /s/ *Peter Schoenthaler*
Peter Schoenthaler, Esq.
Georgia Bar No. 629789
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 229-4114
pfs@schoenthalerlaw.com
*Attorney for Defendant Travel Lodge Old National, LLC*