IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01635-ELR |

**JOINT REPORT OF HIMA ENTERPRISES, INC., and SAS HOTELS, LLC**

Defendants HIMA Enterprises, Inc., and SAS Hotels, LLC hereby jointly report to the Court as requested in the December 17, 2025 minute Order. These Defendants agree with the Court's assessment and consent to a stay of the entire case and administrative closure of the case.

| | |
|---|---|
| **JOHNSON EVANS & HEADRICK, P.C.** | **MCANGUS GOUDELOCK & COURIE, LLC** |
| */s/ Daniel C. Headrick*<br>Daniel C. Headrick<br>Georgia Bar No. 663930<br>2690 Cobb Parkway SE<br>Suite A5-342<br>Smyrna, GA 30080<br>Phone: (865)444-6352<br>dheadrick@je.legal<br>*Attorney for Defendant HIMA Enterprises, Inc.* | */s/ Kathryn S. Whitlock*<br>Kathryn S. Whitlock<br>Georgia Bar No. 756233<br>Thomas D. Whiddon<br>Georgia Bar No. 330536<br>270 Peachtree Street, NW<br>Suite 1800<br>Atlanta, Georgia 30303<br>Phone: (678) 500-7307<br>kate.whitlock@mgclaw.com<br>thomas.whiddon@mgclaw.com<br>*Attorneys for Defendant SAS Hotels, LLC* |

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Joint Report of HIMA Enterprises, Inc., and SAS Hotels, LLC*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

This 29th day of December, 2025.

           MCANGUS GOUDELOCK & COURIE, LLC

           */s/ Kathryn S. Whitlock*
           KATHRYN S. WHITLOCK
           Georgia Bar No. 756233
           kate.whitlock@mgclaw.com
           THOMAS D. WHIDDON
           Georgia Bar No. 330536
           thomas.whiddon@mgclaw.com
           Post Office Box 57365
           270 Peachtree Street, NW, Suite 1800 (30303)
           Atlanta, Georgia 30343
           (678) 500-7307
           *Attorneys for Defendant SAS Hotels, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing ***Joint Report of HIMA Enterprises, Inc., and SAS Hotels, LLC*** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 29th day of December, 2025.

                                          MCANGUS GOUDELOCK & COURIE, LLC

                                          */s/ Kathryn S. Whitlock*
                                          KATHRYN S. WHITLOCK
                                          Georgia Bar No. 756233
                                          kate.whitlock@mgclaw.com
                                          THOMAS D. WHIDDON
                                          Georgia Bar No. 330536
                                          thomas.whiddon@mgclaw.com
                                          Post Office Box 57365
                                          270 Peachtree Street, NW, Suite 1800 (30303)
                                          Atlanta, Georgia 30343
                                          (678) 500-7307
                                          *Attorneys for Defendant SAS Hotels, LLC*