IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO SUGGESTION OF STAY AND ADMINISTRATIVE CLOSING**

COMES NOW Plaintiff, by and through counsel, and responds to this Court's Minute Order dated December 17, 2025, indicating that the Court is inclined to stay this entire case and administratively close it until such a time as Travel Lodge Old National, LLC's bankruptcy is resolved.

In response, Plaintiff shows the Court that, as a listed creditor of Travel Lodge Old National, LLC in the bankruptcy action, she has retained counsel in that case and intends to move the bankruptcy court this week for relief from the automatic stay, which Plaintiff anticipates that the bankruptcy court will grant. Accordingly, Plaintiff believes that the automatic stay as to Travel Lodge Old

1

National as to this case will be extremely short lived, such that staying this entire case and administratively closing it is not warranted.

Furthermore, Defendants HIMA Enterprises, Inc. and SAS Hotels, LLC are not affiliated with Travel Lodge Old National, LLC or the motel that it owned and operated at the time of Plaintiff's trafficking and are not part of the bankruptcy. Rather, HIMA and SAS owned and operated an Econolodge down the street from the Travel Lodge. As a result, the parties should continue to pursue discovery and schedule depositions as to those defendants during the automatic stay as to Travel Lodge, and doing so will help move this case to an efficient resolution.

Because there are multiple defendants in this case, two of which are unrelated and unaffiliated with Travel Lodge Old National, LLC, the case should continue as to those parties during the automatic bankruptcy stay. In addition, Plaintiff anticipates that the automatic stay will be lifted shortly such that there will not be any issues with expert, PTO, or other deadlines.

This 31st day of December, 2025.

*[signatures on the following page].*

Respectfully Submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

**ANDERSEN, TATE & CARR, P.C.**

/s/ Patrick J. McDonough
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Attorneys for Plaintiff

**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

**CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Plaintiff's Response to Suggestion of Stay and Administrative Closing*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                                          Respectfully submitted,

                                          **LAW & MORAN**

                                          */s/ Denise D. Hoying*
                                          Denise D. Hoying
                                          Georgia Bar No. 236494
                                          *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing ***Plaintiff's Response to Suggestion of Stay and Administrative Closing*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

Daniel C. Headrick
Johnson Evans & Headrick, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

Peter F. Schoenthaler
Christopher Rosser
Timothy M. Blenner
Peter F. Schoenthaler, P.C.
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339

This 31st day of December, 2025.

                                               **LAW & MORAN**

                                               /s/ Denise D. Hoying
                                               Denise D. Hoying
                                               Georgia Bar No. 236494
                                               *Attorney for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Denise@lawmoran.com