**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| J.S., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:25-CV-01635-ELR |
| | * | |
| TRAVEL LODGE OLD NATIONAL, | * | |
| LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**SCHEDULING ORDER**

_____

Upon review of the information contained in the Revised Joint Preliminary Report and Discovery Plan form completed and filed by the Parties, [Doc. 54], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are, to the extent they comport with the Federal Rules of Civil Procedure and the Local Rules of this Court, as set out in the form, except as herein modified.

This case is assigned a four-month discovery period, ending on September 28, 2026. Any motions for summary judgment or the proposed consolidated pretrial order must be filed within 30 days of the close of discovery. If a motion for summary

judgment is filed, the proposed consolidated pretrial order must be filed within 30 days of the entry of this Court's ruling on the motion.

If neither a motion for summary judgment nor the proposed pretrial order is timely filed, the Court **DIRECTS** the Clerk to submit this matter for the Court's consideration.

**SO ORDERED**, this 27th day of May, 2026.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia