IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.S.,

        Plaintiff,

    v.

TRAVEL LODGE OLD
NATIONAL, LLC, HIMA
ENTERPRISES, INC., and SAS
HOTELS, LLC,

        Defendants.

CIVIL ACTION FILE NO.
1:25-CV-01635-ELR

## [PROPOSED] ORDER

The Parties jointly have moved the Court to enter an Order dismissing only

Defendant SAS Hotels, LLC. [Doc. 57]. Having considered the motion, and for good

cause shown, the Joint Motion to Dismiss Less Than All Parties is **GRANTED**.

**IT IS HEREBY ORDERED** that this action shall proceed between Plaintiff

J.S., Defendant Travel Lodge Old National, LLC and Defendant HIMA Enterprises,

Inc.

**SO ORDERED**, this ___ day of ____, 2026.

                             _____

                             Honorable Eleanor L. Ross
                             United States District Judge
                             Northern District of Georgia

Prepared and presented by:
Kathryn S. Whitlock
Georgia Bar No. 756233
Consented to by: All counsel of record