IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.S., | | |
| Plaintiff, | | |
| v. | | CIVIL ACTION FILE NO. |
| TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, | | 1:25-CV-01635-ELR |
| Defendants. | | |

## ORDER

The Parties jointly have moved the Court to enter an Order dismissing only Defendant SAS Hotels, LLC. [Doc. 57]. Having considered the motion, and for good cause shown, the Joint Motion to Dismiss Less Than All Parties is **GRANTED**.

**IT IS HEREBY ORDERED** that this action shall proceed between Plaintiff J.S., Defendant Travel Lodge Old National, LLC and Defendant HIMA Enterprises, Inc.

**SO ORDERED**, this 15th day of June, 2026.

_____
Honorable Eleanor L. Ross
United States District Judge
Northern District of Georgia

Prepared and presented by:
Kathryn S. Whitlock
Georgia Bar No. 756233
Consented to by: All counsel of record