**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **J.S.**<br><br>**Plaintiff,**<br>**v.**<br>**TRAVEL LODGE OLD NATIONAL, LLC and HIMA ENTERPRISES, INC.,**<br><br>**Defendants.** | **Civil Action No. 1:25-CV-01635-ELR** |

**DEFENDANTS' NOTICE OF TAKING**
**VIDEO DEPOSITION OF PLAINTIFF J.S.**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), and to the full extent permitted by all applicable rules of procedure and evidence, counsel for Defendants will take the videotaped deposition of **PLAINTIFF J.S.** on **Thursday, October 1, 2026**, beginning at **10:00 a.m.,** at the offices of LAW & MORAN, located at 563 Spring Street, NW, Atlanta, Georgia 30308. The deposition will be taken under cross-examination before an officer duly authorized to administer oaths, by stenographic and videographic means, and will be taken for discovery, use at trial, and all other permissible purposes. The oral examination will continue from day to day until completed.

Respectfully submitted this 2nd day of September, 2026.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

/s/ Patrick Moore

Patrick B. Moore
Georgia Bar No. 520390
Sarah J. Unatin
Georgia Bar No. 953061
*Counsel for Defendants*

3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, Georgia 30326
Tel. (404) 876-2700 | Fax (404) 875-9433
Pmoore@wwhgd.com
Sunatin@wwhgd.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1 and 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Times New Roman font of 14-point size.

/s/ Patrick Moore

Patrick B. Moore
Georgia Bar No. 520390

# CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that the foregoing ***Defendant's Notice of Video Deposition of Plaintiff J.S.*** was served upon all counsel of record via Statutory Electronic Service (email), addressed as follows:

*Counsel for Plaintiff*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
rweeks@atclawfirm.com

Peter A. Law
E. Michael Moran
Denise D. Hoying
LAW & MORAN
563 Spring St., S.W.
Atlanta, GA 30308
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com

*Counsel for HIMA Enterprises*
Daniel C. Headrick
Matthew J. Evans
JOHNSON EVANS & HEADRICK, P.C.
2690 Cobb Parkway SE, Ste. A5-342
Smyrna, GA 30080
dheadrick@je.legal
mevans@je.legal

This 2nd day of September, 2026.

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

/s/ *Patrick Moore*
Patrick B. Moore
Georgia Bar No. 520390