IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:25-cv-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, | ) | |
| LLC, HIMA ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO ADD LEXICON HOSPITALITY, LLC AS PARTY DEFENDANT**

COME NOW the parties in the above-styled case and file this Consent Motion to Add Lexicon Hospitality, LLC as a party Defendant, pursuant to Fed.R.Civ.P. 19 and 21, showing this Honorable Court as follows:

1.

On March 27, 2025, Plaintiff brought this personal injury case involving claims of minor sex trafficking at Defendants' hotels. Plaintiff alleged that she was trafficked for sex at Defendants' Travelodge and Econo Lodge hotels from 2012 to 2014, while she was a child, and that Defendants are liable to her for the injuries and damages that she sustained, including under 18 U.S.C. § 1595. Defendants answered but Defendant Travel Lodge Old National, LLC ("TLON")

did not file a corporate disclosure statement under Fed. R. Civ. P. 7.1, nor did it identify Lexicon Hospitality, LLC as an owner or manager of the premises at issue in response to Plaintiff's written discovery requests or in its initial disclosures. TLON then filed for bankruptcy, staying this case.

2.

Plaintiff did not know until reviewing TLON's bankruptcy filings that Lexicon Hospitality, LLC jointly owned, controlled, and managed the Travelodge at issue. Once Plaintiff became aware of Lexicon Hospitality, LLC's involvement in the ownership, control, and management of the hotel, and TLON's bankruptcy was dismissed, Plaintiff notified the parties and the Court in the revised joint preliminary report that she intended to add Lexicon Hospitality, LLC as a party defendant, as it is an indispensable party necessary to resolve these claims.

3.

Since that time, Plaintiff, TLON, HIMA, and Lexicon Hospitality, along with their insurers, scheduled and attended mediation on August 5, 2026 in an effort to resolve Plaintiff's claims against them, but the parties have not reached a resolution to date.

4.

Pursuant to Fed.R.Civ.P. 19(a), Lexicon Hospitality, LLC, as an owner, manager, and operator of the Travelodge at issue is an indispensable party in this sex trafficking case. Plaintiff seeks to add this entity as a party Defendant to this action to allow for efficient and cost-effective resolution of all issues and claims.

5.

Pursuant to Fed.R.Civ.P. 21, on motion, this Court may at any time and on just terms add or drop a party.

6.

The addition of Lexicon Hospitality, LLC in this action would save the Court and parties time and resources as well as reduce the risk of inconsistent findings of fact and law. Further, discovery has not run in this case and therefore, adding this additional party will not unduly prejudice the party's rights to a defense on the merits.

7.

The parties consent and request that Lexicon Hospitality, LLC be added as a party Defendant.

8.

Defense counsel Patrick B. Moore agrees to acknowledge service of process of Plaintiffs' Amended Complaint on behalf of Lexicon Hospitality, LLC. Further, Lexicon Hospitality, LLC agrees to waive any service defenses, and Lexicon Hospitality, LLC agrees to answer the Amended Complaint within ten (10) business days of the date counsel for Lexicon Hospitality, LLC acknowledges service of process on behalf of Lexicon Hospitality, LLC. With same counsel representing Defendant TLON and Lexicon Hospitality, there should be no delay whatsoever.

9.

For these reasons, Movants hereby request that Lexicon Hospitality, LLC be added as party Defendant and the case style be changed accordingly.

Respectfully submitted this 10th day of September, 2026.

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
GA Bar No. 439655
E. Michael Moran
GA Bar No. 521602
Denise D. Hoying
GA Bar No. 236494
563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com
*Attorneys for Plaintiff*

**JOHNSON EVANS & HEADRICK, P.C.**

*/s/ Daniel C. Headrick*
Daniel C. Headrick
Georgia Bar No. 663930
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
(865)444-6352
dheadrick@je.legal
*Attorney for Defendant HIMA Enterprises, Inc.*

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Patrick B. Moore*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061
3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
(404) 876-2700
pmoore@wwhgd.com
sunatin@wwhgd.com
*Attorneys for Defendant Travel Lodge Old National, LLC*

# CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Consent Motion to Add Lexicon Hospitality, LLC as Party Defendant*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:25-cv-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, | ) | |
| LLC, HIMA ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing ***Consent Motion to Add Lexicon Hospitality, LLC*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Daniel C. Headrick
Johnson Evans & Headrick, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

Patrick B. Moore
Sarah J. Unatin
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, GA 30326

This 10th day of September, 2026.

**LAW & MORAN**

*/s/ Denise D. Hoying*

Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

563 Spring Street, N.W.
Atlanta, GA 30308
(404) 814-3700