IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:25-cv-01635-ELR |
| TRAVEL LODGE OLD NATIONAL, | ) | |
| LLC, HIMA ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT ORDER GRANTING MOTION TO ADD LEXICON HOSPITALITY, LLC AS PARTY DEFENDANT**

HAVING READ AND CONSIDERED the Parties' Consent Motion to Add Lexicon Hospitality, LLC as Party Defendant, IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Fed.R.Civ.P. 19(a) and 21, Lexicon Hospitality, LLC is added as party defendant in the above-styled case per the terms of the Consent Motion, and the style of the case is changed accordingly. Plaintiff may file and serve an amended Complaint reflecting her claims against Defendant Lexicon Hospitality, LLC.

SO ORDERED, this 15th day of September, 2026.

Eleanor L. Ross

**ELEANOR L. ROSS**
**UNITED STATES DISTRICT JUDGE**