IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S., Plaintiff, v. TRAVEL LODGE OLD NATIONAL, LLC, LEXICON HOSPITALITY, LLC, and HIMA ENTERPRISES, INC., Defendants. | CIVIL ACTION FILE NO. 1:25-cv-01635-ELR |

**ACKNOWLEDGMENT OF SERVICE OF PROCESS**

COMES NOW Patrick B. Moore, on behalf of and with the authority of Defendant Lexicon Hospitality, LLC, and accepts due, proper, and legal service of Plaintiff's Amended Complaint and Summons on behalf of Defendant Lexicon Hospitality, LLC in the above-styled action. Defendant Lexicon Hospitality, LLC hereby waives all defenses with regard to service of process and sufficiency of process.

This 17th day of September, 2026.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Patrick B. Moore*

Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061
*Attorneys for Defendant Lexicon Hospitality, LLC*

3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
(404) 876-2700
pmoore@wwhgd.com
sunatin@wwhgd.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Acknowledgment of Service*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, LEXICON HOSPITALITY, LLC, and HIMA ENTERPRISES, INC., | CIVIL ACTION FILE<br>NO. 1:25-cv-01634-AT |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing ***Acknowledgment of Service*** by filing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Daniel C. Headrick
Johnson Evans & Headrick, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

Patrick B. Moore
Sarah J. Unatin
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, GA 30326

This 17th day of September, 2026.

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710