IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.,<br>Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, LEXICON HOSPITALITY, LLC, and HIMA ENTERPRISES, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01635-ELR |

**PLAINTIFF AND DEFENDANTS' JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

COME NOW, Plaintiff and Defendants (hereinafter "the Parties"), and pursuant to Federal Rules of Civil Procedure 6(b), 7(b), and 16(b) and Local Rules 7.1(A) and 26.2(B), file this Joint Motion to Extend Discovery Deadline through October 30, 2026, showing this Honorable Court the following:

1.

On May 27, 2026, this Court entered a Scheduling Order which set a discovery deadline of September 28, 2026.

2.

There are two other related cases involving the same counsel and corporate representative and/or parent entity: *Roseberry et al v. Lexicon Hospitality et al*, Case No. 1:25-CV-01062-LMM; and *D.B. v. Travel Lodge Old National, LLC et al*, Case No. 1:25-CV-01634-AT.

3.

The Parties have diligently pursued discovery in this matter. They have engaged in extensive written discovery and have taken multiple depositions.

4.

The Parties have also engaged in ongoing settlement discussions seeking a global resolution of all three cases.

5.

Due to a family emergency, counsel had to cancel the recently scheduled deposition of Defendant's corporate representative.

6.

The parties have conferred and agree that they would be assisted by additional time to complete necessary discovery.

7.

Fed. R. Civ. P. 16(b)(4) permits modification of a scheduling order for good cause. The Eleventh Circuit has explained that the good-cause standard is satisfied where the schedule cannot be met despite the diligence of the party seeking the extension. *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). District courts also have “broad discretion over the management of pretrial activities, including discovery and scheduling.” *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

8.

No party will be prejudiced by the extension of discovery in this matter, and all have consented to this request.

9.

This is the first request for an extension of the discovery deadline.

10.

The discovery deadlines for the related cases are October 23, 2026, and October 30, 2026, respectively and the parties to those cases have agreed to similar extensions in order to complete the necessary discovery that applies to all three cases.

For the reasons stated herein, the Parties request the discovery period be extended through and including December 31, 2026.

This 28th day of September, 2026.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Fax: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com
*Attorneys for Plaintiff*

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Fax: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

**JOHNSON EVANS & HEADRICK, P.C.**

*/s/ Daniel C. Headrick*
Daniel C. Headrick
Georgia Bar No. 663930
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
(865)444-6352
dheadrick@je.legal
*Attorney for Defendant HIMA Enterprises, Inc.*

**SCHOENTHALER LAW GROUP, P.C.**

*/s/ Peter F. Schoenthaler*
Peter F. Schoenthaler
Georgia Bar No. 629789
Christopher Rosser
Georgia Bar No. 761317
Timothy Blenner
Georgia Bar No. 653606
270 Peachtree Street, NW, Ste 1800
Atlanta, Georgia 30303
(678) 500-7307 Fax: (678) 669-3546

**WEINBERG, WHEELER, HUDGINS,**
**GUNN & DIAL, LLC**

*/s/ Patrick B. Moore*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061
3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
Telephone: 404.876.2700
Facsimile: 404.875.9433
pmoore@wwhgd.com
sunatin@wwhgd.com
*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Joint Motion to Extend Discovery Deadline*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**WEINBERG, WHEELER,**
**HUDGINS, GUNN & DIAL, LLC**

*/s/ Sarah J. Unatin*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061

Weinberg, Wheeler,
Hudgins, Gunn & Dial, LLC
3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
Telephone: 404.876.2700
Facsimile: 404.875.9433
pmoore@wwhgd.com
sunatin@wwhgd.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.S.,<br>Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, LEXICON HOSPITALITY, LLC, and HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01635-ELR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing ***Joint Motion to Extend Discovery Deadline*** with the Clerk of Court using the CM/ECF system which will automatically send email notification to:

**LAW & MORAN**
*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Fax: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com
*Attorneys for Plaintiff*

**ANDERSEN, TATE & CARR, P.C.**
*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Fax: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

**JOHNSON EVANS & HEADRICK, P.C.**

*/s/ Daniel C. Headrick*
Daniel C. Headrick
Georgia Bar No. 663930
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
(865)444-6352
dheadrick@je.legal
*Attorney for Defendant HIMA Enterprises, Inc.*

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

**SCHOENTHALER LAW GROUP, P.C.**

*/s/ Peter F. Schoenthaler*
Peter F. Schoenthaler
Georgia Bar No. 629789
Christopher Rosser
Georgia Bar No. 761317
Timothy Blenner
Georgia Bar No. 653606
270 Peachtree Street, NW, Ste 1800
Atlanta, Georgia 30303
Phone: (678) 500-7307
Fax: (678) 669-3546