IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.S.,
Plaintiff,

v.

TRAVEL LODGE OLD NATIONAL, LLC, LEXICON HOSPITALITY, LLC, and HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,

Defendants.

CIVIL ACTION FILE NO.
1:25-CV-01635-ELR

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

The Court, having considered the parties' Joint Motion to Extend Discovery Deadline, and for good cause shown, GRANTS the Motion.

IT IS HEREBY ORDERED that the discovery deadline is extended through and including December 31, 2026.

SO ORDERED, this 30th day of September, 2026.

Eleanor L. Ross

**The Honorable Eleanor L. Ross**
United States District Judge
Northern District of Georgia